**Joseph W. GIERSCHICK, Petitioner,**

v.

**STATE EMPLOYES' RETIREMENT BOARD, Respondent.**

Supreme Court of Pennsylvania.

June 29, 1998.

### ORDER

**PER CURIAM**

AND NOW, this 29th day of June, 1998, the Petition for Allowance of Appeal is GRANTED, the order of the Commonwealth Court is REVERSED and the case is REMANDED to the Commonwealth Court for a determination of the merits of the issues presented in the Petition for Review filed August 8, 1997.